IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **WYNDMARA LEA ADAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-13-307-RAW-KEW |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On August 28, 2014, Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that this court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to plaintiff. No objection has been filed.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Secretary is affirmed.

**ORDERED THIS 23rd DAY OF SEPTEMBER, 2014.**


**Dated this 23rd day of September, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma